ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| Merrill, Inc. | ) | ASBCA No. 60135 |
| | ) | |
| Under Contract No. FA4613-13-C-0008 | ) | |

APPEARANCE FOR THE APPELLANT:           Ms. Jennifer Merrill
                                        President

APPEARANCES FOR THE GOVERNMENT:         Col Matthew J. Mulbarger, USAF
                                          Air Force Chief Trial Attorney
                                        Anna F. Kurtz, Esq.
                                        Maj David R. Schichtle, USAF
                                        Trial Attorneys

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 16 June 2016

ELIZABETH W. NEWSOM
Administrative Judge
Armed Services Board
of Contract Appeals


I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60135, Appeal of Merrill, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals